In the Matter of the Application of RAE RANZAL, Respondent, for the Removal of THE BANK OF UNITED STATES as Trustee, and the Removal of the CLINTON TRUST COMPANY, Purporting to Act as Successor Trustee, under a Trust Indenture Bond and Mortgage Bearing Date June 1, 1927, Executed by the 142–144 JORALEMON STREET CORPORATION to the CENTRAL MERCANTILE BANK AND TRUST COMPANY, as Trustee for the Benefit of Shareholders and for the Appointment of a Substitute Trustee Thereunder, Pursuant to the Provisions of Section 112 of the Real Property Law. CLINTON TRUST COMPANY, Appellant.*— Order appointing a referee and denying motion to dismiss the petition reversed on the law and the facts, with ten dollars costs and disbursements, and motion to dismiss petition granted, with ten dollars costs. Every issue of fact and question of law urged here should be passed upon in the foreclosure action. Hagarty, Carswell, Scudder, Tompkins and Davis, JJ., concur.

In the Matter of the Discovery of the Assets of the Estate of BENJAMIN F. LANE, Deceased. EMMA D. REEVE, Appellant; VIOLET LANE STRIECKER, as Temporary Administratrix, etc., of BENJAMIN F. LANE, Deceased, Respondent.— Decree of the Surrogate's Court of Queens county reversed on the law and the facts, with costs to both parties, payable out of the estate, on the ground that the assignments of the mortgages, duly executed, and the testimony and circumstances attending their delivery to the appellant, establish a valid gift inter vivos. All findings inconsistent herewith are reversed, and we find as facts that the assignments of the mortgages were given and delivered to Emma D. Reeve by Benjamin F. Lane with the intent and purpose on his part of making a gift inter vivos; and that his acts were free from any undue influence. The matter is remitted to the Surrogate's Court to enter a decree accordingly. Lazansky, P. J., Kapper, Tompkins and Davis, JJ., concur; Hagarty, J., dissents.

KINGS HIGHWAY DEVELOPMENT CO., INC., Respondent, v. HOME AFFAIR REALTY Co., INC., and Another, Defendants, Impleaded with MARY T. ECONOMU, Appellant, — Order denying motion to frame certain issues to be submitted for trial by a jury and to stay the trial of the foreclosure action reversed on the law, with ten dollars costs and disbursements, and the motion granted, without costs. The appellant was entitled as a matter of right to a jury trial of the issues of fact presented by the legal counterclaim interposed in the foreclosure action herein. (Fout v. Wolfe, 231 App. Div. 11; Di Menna v. Cooper & Evans Co., 220 N. Y. 391, 396.) Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.